905 A.2d 866

IN THE MATTER OF SALVATORE LARUSSA,
JR., AN ATTORNEY AT LAW.

September 11, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–084, concluding that **SALVATORE LaRUS-SA, JR.,** of **VOORHEES,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **SALVATORE LaRUSSA, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.